**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

```
------------------------------------------------------  x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
WOLFSPEED, INC., et al.,                                :   Case No. 25-90163 (CML)
                                                        :
                    Debtors.¹                           :   (Joint Administration Requested)
                                                        :
------------------------------------------------------  x
```

**AGENDA OF DEBTORS FOR MATTERS
SET FOR HEARING ON JULY 1, 2025**

The debtors in possession in the above-captioned cases (collectively, the "***Debtors***") file

this Agenda of matters set for hearing on **July 1, 2025, at 2:00 p.m. (prevailing Central Time)**.

**A.  First Day Motions**

1.  ***Complex Case Designation***. Notice of Designation as Complex Bankruptcy Case [Docket No. 2]

    **Status:**        This matter is going forward.

2.  ***Joint Administration Motion***. Emergency Motion of Debtors for an Order Directing Joint Administration of Chapter 11 Cases [Docket No. 3]

    **Status:**        This matter is going forward.

3.  ***Creditor Matrix Motion***. Emergency Motion of Debtors for an Order (I) Authorizing the Debtors to File a Consolidated Creditor Matrix and List of the 30 Largest Unsecured Creditors, (II) Waiving the Requirement to File a List of Equity Security Holders, (III) Authorizing the Debtors to Redact Certain Personally Identifiable Information; and (IV) Granting Related Relief [Docket No. 14]

    **Status:**        This matter is going forward.

4.  ***Claims, Noticing, and Solicitation Agent Retention Application***. Debtors' Emergency *Ex Parte* Application for Entry of an Order Authorizing the Employment and Retention

---

¹   The Debtors in these cases, together with the last four digits of each Debtor's taxpayer identification number, are: Wolfspeed, Inc. (2719) and Wolfspeed Texas LLC (0339).  The Debtors' mailing address is 4600 Silicon Drive, Durham, NC 27703.

of Epiq Corporate Restructuring, LLC as Claims, Noticing, and Solicitation Agent [Docket No. 4]

      **Status:**      This matter is going forward.

5.    ***Solicitation Procedures Motion***. Emergency Motion of Debtors for an Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement, (B) Confirmation of Plan, and (C) Approval of Backstop Agreement; (II) Approving (A) Solicitation Procedures and (B) Form and Manner of Notice of Commencement, Combined Hearing, and Objection Deadline; (III) Fixing Deadline to Object to Disclosure Statement and Plan; (IV) Conditionally (A) Directing the United States Trustee Not to Convene Section 341 Meeting of Creditors and (B) Waiving Requirement to File Statements of Financial Affairs and Schedules of Assets and Liabilities, (V) Conditionally Approving the Disclosure Statement; and (VI) Granting Related Relief [Docket No. 9]

      **Status:**      This matter is going forward.

6.    ***Cash Collateral Motion***. Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing the Debtors' Limited Use of Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 6]

      **Status**:      This matter is going forward.

7.    ***Rights Offering Motion***. Emergency Motion of Debtors for Order (I) Approving Rights Offering Procedures and Related Forms, (II) Authorizing Debtors to Conduct Rights Offering in Connection With Debtors' Plan of Reorganization, and (III) Granting Related Relief [Docket No. 10]

      **Status**:      This matter is going forward.

8.    ***Cash Management Motion***. Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Existing Cash Management System, (B) Maintain Existing Business Forms and Intercompany Arrangements, and (C) Continue Intercompany Transactions; and (II) Granting Related Relief [Docket No. 12]

      **Status:**      This matter is going forward.

9.    ***Insurance Motion***. Emergency Motion of Debtors (I) Authorizing Debtors to (A) Continue Insurance Programs, and (B) Pay All Obligations With Respect Thereto; (II) Modifying Automatic Stay to Permit Employees to Proceed with Workers' Compensation Claims; (III) Modifying Automatic Stay to Permit Insurers to Advance and/or Reimburse Defense Costs and Fees Under Policies; and (IV) Granting Related Relief [Docket No. 16]

      **Status:**      This matter is going forward.

10. ***All Trade Motion***. Emergency Motion of Debtors (I) Authorizing Payment of Prepetition Trade Claims in the Ordinary Course of Business and (II) Granting Related Relief [Docket No. 13]

   **Status:**     This matter is going forward.

11. ***Taxes Motion***. Emergency Motion of Debtors for an Order (I) Authorizing Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 18]

   **Status:**     This matter is going forward.

12. ***Wages Motion***. Emergency Motion of Debtors (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Employee Benefits, and Other Compensation, and (B) Maintain Employee Benefits Programs and Pay Related Obligations; and (II) Granting Related Relief [Docket No. 11]

   **Status:**     This matter is going forward.

13. ***Utilities Motion***. Emergency Motion of Debtors for an Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Providers; (II) Establishing Procedures for Resolving Objections by Utility Providers; (III) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service; and (IV) Granting Related Relief [Docket No. 15]

   **Status:**     This matter is going forward.

14. ***Customer Programs Motion***. Emergency Motion of Debtors (I) Authorizing Debtors to (A) Honor Their Prepetition Obligations to Customers and (B) Continue Their Customer Programs; and (II) Granting Related Relief [Docket No. 17]

   **Status:**     This matter is going forward.

15. ***NOL Motion***. Emergency Motion of Debtors for an Order (I) Establishing Notification Procedures and Approving Restrictions on (A) Certain Transfers of Interests in the Debtors and (B) Claims of Certain Worthless Stock Deductions, (II) Approving the Consenting Creditor Trading Prohibition; and (III) Granting Related Relief [Docket No. 19]

   **Status:**     This matter is going forward.

**B.  Related Documents**

1. ***First Day Declaration***. Declaration of Daniel Hugo in Support of Debtors' Chapter 11 Petitions and First Day Relief [Docket No. 5]

2. ***Disclosure Statement.*** Disclosure Statement for Joint Prepackaged Chapter 11 Plan of Reorganization of Wolfspeed, Inc. and Its Debtor Affiliate [Docket No. 7]

3.      ***Plan.*** Joint Prepackaged Chapter 11 Plan of Reorganization of Wolfspeed, Inc. and Its Debtor Affiliate [Docket No. 8]

4.      ***Debtors' Witness and Exhibit List*** [Docket No. 29]

5.      ***Notice of Emergency Virtual Hearing on First Day Motions*** [Docket No. 30]

[*Remainder of this page intentionally left blank.*]

Dated:  June 30, 2025     Respectfully submitted,
     Houston, Texas

*/s/ Timothy A. ("Tad") Davidson II*

**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Ashley L. Harper (Texas Bar No. 24065272)
Philip M. Guffy (Texas Bar No. 24113705)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone:  (713) 220-4200
Email:  taddavidson@hunton.com
      ashleyharper@hunton.com
      pguffy@hunton.com

- and -

**LATHAM & WATKINS LLP**
Ray C.  Schrock (NY Bar No. 4860631)
Alexander W.  Welch (NY Bar No. 5624861)
Keith A.  Simon (NY Bar No. 4636007)
Eric L.  Einhorn (NY Bar No. 5568845)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email:  ray.schrock@lw.com
      alex.welch@lw.com
      keith.simon@lw.com
      eric.einhorn@lw.com

*Proposed Attorneys for the Debtors*
*and Debtors in Possession*

## CERTIFICATE OF SERVICE

I certify that on June 30, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II