Electronic Appearance Sheet

Kathryn Tran, Epiq Corporate Restructuring LLC
Client(s): Claims Agent

Jason Reed, Maslon LLP
Client(s): U.S. Bank Trust Company National Association as Secured Notes Trustee

Jason Reed, Maslon LLP
Client(s): U.S. Bank Trust Company, National Association

Scott Cargill, Lowenstein Sandler LLP
Client(s): Interested parties

Charles A. Beckham, Jr., Haynes and Boone, LLP
Client(s): Renesas Electronics Corporation and Renesas Electronics America Inc.

David Trausch, Haynes and Boone, LLP
Client(s): Renesas Electronics Corporation and Renesas Electronics America Inc.

Ray Schrock, Latham & Watkins
Client(s): Debtors

Steven N. Serajeddini, P.C., Kirkland & Ellis LLP
Client(s): Renesas Electronics Corporation and Renesas Electronics America Inc.

Yusuf Salloum, Kirkland & Ellis LLP
Client(s): Renesas Electronics Corporation and Renesas Electronics America Inc.

Mark Ralston, Fishman Jackson
Client(s): Board of Trustees of Purdue University

Brian Rosen, Latham & Watkins
Client(s): Debtors

Eric Einhorn, Latham & Watkins
Client(s): Debtors

Emily Young, Epiq Corporate Restructuring, LLC
Client(s): Solicitation Agent

Richard Cantoral, Latham & Watkins
Client(s): Debtors

Keith Simon, Latham & Watkins
Client(s): Debtors

Alexander Welch, Latham & Watkins
Client(s): Debtors

Electronic Appearance Sheet

Sahib Singh, Latham & Watkins
Client(s): Debtors

Rebekah Presley, Latham & Watkins
Client(s): Debtors

Clark Whitmore, Maslon LLP
Client(s): U.S. Bank Trust Company, National Association, as Senior Secured Notes Trustee

Ryan Lindsey, Latham & Watkins
Client(s): Debtors

Keith Simon, Latham & Watkins
Client(s): Debtors

Bryan Rochelle, Rochelle McCullough, LLP
Client(s): Wolfspeed

Christine Joh, Ropes & Gray LLP
Client(s): Ad Hoc 26s/28s/29s Noteholder Group

Matthew Roose, Ropes & Gray LLP
Client(s): Ad Hoc 26s/28s/29s Noteholder Group

Husam Badawi, Ropes & Gray LLP
Client(s): Ad Hoc 26s/28s/29s Noteholder Group

Beverly Weiss Manne, Tucker Arensberg, P.C.
Client(s): Fisher Scientific / Thermo Fisher entities

John Higgins, Porter Hedges LLP
Client(s): Ad Hoc Senior Secured Noteholder Group

Megan Young-John, Porter Hedges LLP
Client(s): Ad Hoc Senior Secured Noteholder Group

Tad Davidson II, Hunton Andrews Kurth LLP
Client(s): Co-Counsel to the Debtors

Ashley Harper, Hunton Andrews Kurth LLP
Client(s): Co-Counsel to the Debtors

Brandon Bell, Hunton Andrews Kurth LLP
Client(s): Co-Counsel to the Debtors

Michael Rosow, Maslon, LLP
Client(s): U.S. Bank Trust Company, National Association as secured notes trustee

Electronic Appearance Sheet

Jayson Ruff, US DOJ
Client(s): US Trustee

Matthew Roose, Ropes & Gray LLP
Client(s): Ad Hoc 26s/28s/29s Noteholder Group

Ryan Dahl, Ropes & Gray LLP
Client(s): Ad Hoc 26s/28s/29s Noteholder Group

Christine Joh, Ropes & Gray LLP
Client(s): Ad Hoc 26s/28s/29s Noteholder Group

Husam Badawi, Ropes & Gray LLP
Client(s): Ad Hoc 26s/28s/29s Noteholder Group

Paul Heath, Vinson & Elkins LLP
Client(s): Ad Hoc 26s/28s/29s Noteholder Group

Kenneth Ziman, Paul, Weiss, Rifkind, Wharton & Garrison LLP
Client(s): Ad Hoc Senior Secured Group

M. Shane Johnson, Porter Hedges LLP
Client(s): Ad Hoc Senior Secured Noteholder Group