**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| In Re: Wolfspeed, Inc.<br>Debtor | Case No.: 25−90163<br><br>Chapter: 11 |

### NOTICE OF FILING OF OFFICIAL TRANSCRIPT

An official transcript has been filed in this case and it may contain information protected under the E-Government Act of 2002, and Fed. R. Bank. P. 9037.

Transcripts will be electronically available on PACER to the public 90 days after their filing with the court. To comply with privacy requirements of Fed. R. Bank. P. 9037, the parties must ensure that certain protected information is redacted from transcripts prior to their availability on PACER.

If redaction is necessary, the parties must file a statement of redaction listing the items to be redacted, citing the transcript's docket number, the item's location by page and line, and including only the following portions of the protected information. This statement must be filed within 21 days of the transcript being filed. A suggested form for the statement of redaction is available at https://www.txs.uscourts.gov/.

- the last four digits of the social security number or taxpayer identification number;
- the year of the individual's birth;
- the minor's initials;
- the last four digits of the financial account number; and
- the city and state of the home address.

Any additional redaction requires a separate motion and Court approval.

A party may review the transcript at the Clerk's Office public terminals or purchase it by following the instruction on our website at https://www.txs.uscourts.gov/ or by calling (713) 250−5500 . A party is only responsible for reviewing the:

- opening and closing statements made on the party's behalf;
- statements of the party;
- testimony of any witness called by the party; and
- any other portion of the transcript as ordered by the court.

Redaction is your responsibility. The Clerk, court reporter, or transcriber will not review this transcript for compliance.

Nathan Ochsner
Clerk of Court

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 25-90163-cml |
| Wolfspeed, Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 3 |
| Date Rcvd: Jul 14, 2025 | Form ID: ntctran | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wolfspeed, Inc., 4600 Silicon Drive, Durham, NC 27703-8475 |
| intp | + | Lead Plaintiff and Securities Litigation Class, c/o Lowenstein Sandler LLP, Attn: Michael S. Etkin, Attn: Scott Cargill, One Lowenstein Drive Roseland, NJ 07068-1740 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Jul 14 2025 20:21:00 | Dallas County, c/o John Kendrick Turner, 3500 Maple Avenue, Suite 800, Dallas, TX 75219, UNITED STATES 75219-3959 |
| op | ^ | MEBN | Jul 14 2025 20:19:23 | EPIQ CORPORATE RESTRUCTURING, 777 3RD AVE FL 12, NEW YORK, NY 10017-1302 |
| cr | + | Email/Text: schristianson@buchalter.com | Jul 14 2025 20:20:00 | Oracle America, Inc., Buchalter PC, c/o Shawn M. Christianson, 425 Market St., Suite 2900, San Francisco, Ca 94105-2491 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ARE-NC REGION NO. 19, LLC |
| cr | | Ad Hoc 26s/28s/29s Noteholder Group |
| intp | | Ad Hoc Senior Secured Noteholder Group |
| cr | | Infosys Limited |
| cr | | Renesas Electronics America Inc. |
| cr | | Renesas Electronics Corp. |
| cr | | STMicroelectronics |
| cr | | Trustees of Purdue University |
| cr | | Yield Engineering Systems, Inc. |

TOTAL: 9 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0541-4     User: ADIuser     Page 2 of 3
Date Rcvd: Jul 14, 2025     Form ID: ntctran     Total Noticed: 5

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2025     Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew Jimenez | on behalf of U.S. Trustee US Trustee andrew.jimenez@usdoj.gov |
| Ashley L. Harper | on behalf of Debtor Wolfspeed Inc. ashleyharper@hunton.com |
| Brandon Bell | on behalf of Debtor Wolfspeed Inc. bbell@hunton.com |
| Bryan Rochelle | on behalf of Creditor STMicroelectronics bryan.rochelle@romclaw.com |
| Charles A Beckham, Jr | on behalf of Creditor Renesas Electronics Corp. charles.beckham@haynesboone.com kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com |
| Charles A Beckham, Jr | on behalf of Creditor Renesas Electronics America Inc. charles.beckham@haynesboone.com kenneth.rusinko@haynesboone.com;jodi.valencia@haynesboone.com |
| Elias M Medina | on behalf of Creditor Ad Hoc 26s/28s/29s Noteholder Group emedina@velaw.com elias-medina-1656@ecf.pacerpro.com |
| J Mark Chevallier | on behalf of Creditor STMicroelectronics mchevallier@romclaw.com emoon@romclaw.com;dsalinas@romclaw.com |
| James F Lathrop | on behalf of Creditor Yield Engineering Systems Inc. jlathrop@goodwinlaw.com |
| Jayson B. Ruff | on behalf of U.S. Trustee US Trustee jayson.b.ruff@usdoj.gov |
| John F Higgins, IV | on behalf of Interested Party Ad Hoc Senior Secured Noteholder Group jhiggins@porterhedges.com emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John Kendrick Turner | on behalf of Creditor Dallas County john.turner@lgbs.com Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com |
| Kaleb Bailey | on behalf of Debtor Wolfspeed Inc. kbailey@huntonak.com |
| Kevin M. Capuzzi | on behalf of Creditor Infosys Limited kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com |
| Kizzy Jarashow | on behalf of Creditor Yield Engineering Systems Inc. kjarashow@goodwinlaw.com |
| Leslie C Heilman | on behalf of Creditor ARE-NC REGION NO. 19 LLC HeilmanL@ballardspahr.com, roglenl@ballardspahr.com;vesperm@ballardspahr.com;friedmanm@ballardspahr.com;weidmanb@ballardspahr.com |
| Mark H Ralston | on behalf of Creditor Trustees of Purdue University mralston@fishmanjackson.com sjames@fjrpllc.com;ralstonlaw@gmail.com;LAWeisbruch@fjrpllc.com |
| Michael Seth Etkin | on behalf of Interested Party Lead Plaintiff and Securities Litigation Class metkin@lowenstein.com abehlmann@lowenstein.com;nfulfree@lowenstein.com |
| Paul E Heath | on behalf of Creditor Ad Hoc 26s/28s/29s Noteholder Group pheath@velaw.com |
| Philip M. Guffy | on behalf of Debtor Wolfspeed Inc. pguffy@huntonak.com |
| Scott Cargill | |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 3 of 3 |
| Date Rcvd: Jul 14, 2025 | Form ID: ntctran | Total Noticed: 5 |

on behalf of Interested Party Lead Plaintiff and Securities Litigation Class scargill@lowenstein.com

Shawn M Christianson

on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Timothy Alvin Davidson, II

on behalf of Debtor Wolfspeed Texas LLC taddavidson@hunton.com

Timothy Alvin Davidson, II

on behalf of Debtor Wolfspeed Inc. taddavidson@hunton.com

US Trustee

USTPRegion07.HU.ECF@USDOJ.GOV

TOTAL: 25