IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| WOLFSPEED, INC., *et al.*, | : | Case No. 25-90163 (CML) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |

---

**NOTICE OF CANCELLATION OF
HEARING SCHEDULED FOR AUGUST 6, 2025 AT 10:00 AM**

The hearing scheduled for **August 6, 2025, at 10:00 a.m. (prevailing Central Time)** to consider entry of final orders on the *Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors' Limited Use of Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 6] and the *Emergency Motion of Debtors for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Existing Cash Management System, (B) Maintain Existing Business Forms and Intercompany Arrangements, and (C) Continue Intercompany Transactions; and (II) Granting Related Relief* [Docket No. 12] has been **cancelled**.

---

[1] The Debtors in these cases, together with the last four digits of each Debtor's taxpayer identification number, are: Wolfspeed, Inc. (2719) and Wolfspeed Texas, LLC (0339). The Debtors' mailing address is 4600 Silicon Drive, Durham, NC 27703.

Dated: August 4, 2025
       Houston, Texas

Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*
**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Ashley L. Harper (Texas Bar No. 24065272)
Philip M. Guffy (Texas Bar No. 24113705)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Email: taddavidson@hunton.com
      ashleyharper@hunton.com
      pguffy@hunton.com

- and -

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Alexander W. Welch (NY Bar No. 5624861)
Keith A. Simon (NY Bar No. 4636007)
Eric L. Einhorn (NY Bar No. 5568845)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: ray.schrock@lw.com
      alex.welch@lw.com
      keith.simon@lw.com
      eric.einhorn@lw.com

*Proposed Attorneys for the Debtors
and Debtors in Possession*

## CERTIFICATE OF SERVICE

I certify that on August 4, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

                              */s/ Timothy A. ("Tad") Davidson II*
                              Timothy A. ("Tad") Davidson II