**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

------------------------------------------------------------- x
: 
In re: : Chapter 11
: 
WOLFSPEED, INC., *et al.*, : Case No.  25-90163 (CML)
: 
Debtors.[1] : (Jointly Administered)
: 
------------------------------------------------------------- x

**DECLARATION OF DISINTERESTEDNESS OF AYNA.AI LLC PURSUANT**
**TO ORDER AUTHORIZING THE RETENTION AND COMPENSATION OF**
**<u>CERTAIN PROFESSIONALS USED IN THE ORDINARY COURSE OF BUSINESS</u>**

I, Daniel Flynn, declare under penalty of perjury:

1. I am President, General Counsel and Secretary of Ayna.AI LLC, located at 100 Century Center Court, Suite 205, San Jose, CA 95112 (the "***Firm***").  The Firm's practice consists of: the provision of strategic consulting advisory and implementation services.

2. Neither I, the Firm, nor any other owner or associate of the Firm, insofar as I have been able to ascertain, has any connection with the above-captioned debtors (collectively, the "***Debtors***"), their creditors, or any other parties in interest, or their attorneys, except as set forth in this declaration (this "***Declaration***").

3. The Firm worked with the Debtors in the following capacities: providing the Debtors with strategic consulting services pursuant to a Master Services Agreement dated March 3, 2025 and associated Statement of Work.

---

[1] The Debtors in these cases, together with the last four digits of each Debtor's taxpayer identification number, are: Wolfspeed, Inc. (2719) and Wolfspeed Texas LLC (0339).  The Debtors' mailing address is 4600 Silicon Drive, Durham, NC 27703.

4.      The Debtors have requested that the Firm represent and advise the Debtors with respect to the above matters and such other matters as may be ordinarily rendered by the Firm, and the Firm has agreed to do so.

5.      The Debtors owe the Firm $500,000.00 for prepetition services, the payment of which is subject to limitations contained in the United States Bankruptcy Code, 11 U.S.C. §§ 101–1532.

6.      I understand that the amount owed by any of the Debtors to the Firm for prepetition services will be treated as a general unsecured claim.

7.      Except as set forth herein, no promises have been received by the Firm, or any owner or associate thereof, as to compensation in connection with the chapter 11 cases, other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, the U.S. Trustee Guidelines, and all orders of the court.

8.      The Firm and its owners may have in the past represented, currently represent, and may in the future represent, entities that are affiliates of, or related to, the Debtors or other parties in interest in the chapter 11 cases or in matters unrelated to the chapter 11 cases.  However, the Firm does not, and will not, represent any such entity in connection with the chapter 11 cases and does not have any relationship with any such entity, its attorneys, or accountants that would be materially adverse to the Debtors or their estates.

9.      Neither I nor any principal, partner, director, officer, etc. of, or professional employed by, the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principal and regular employees of the Firm.

10.     Neither I nor any principal, partner, director, officer, of or professional employed by, the Firm, insofar as I have been able to ascertain, holds, or represents any interest adverse to the Debtors or their estates with respect to the matter(s) upon which this Firm is to be employed.

11.     The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 30, 2025

AYNA.AI LLC

Daniel Flynn, President, General Counsel and Secretary