# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>WOLFSPEED, INC., *et al.*,<br><br>   Debtors. [1] | Chapter 11<br><br>Case No. 25-90163 (CML)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 242 - 244** |

## CERTIFICATE OF SERVICE

I, ARNOLD NGUYEN, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 25, 2025, I caused to be served the:

   a. "Debtors' Emergency Motion for an Order (I) Authorizing the Private Sale of Macom Shares Free and Clear of Liens, Claims, Encumbrances, and Other Interests and (II) Granting Related Relief," dated August 25, 2025 [Docket No. 242], (the "Macom Sale Motion"),

   b. "Declaration of Daniel Hugo in Support of Debtors' Emergency Motion for an Order (I) Authorizing the Private Sale of Macom Shares Free and Clear of Liens, Claims, Encumbrances, and Other Interests and (II) Granting Related Relief," dated August 25, 2025 [Docket No. 243], (the "Hugo Declaration"), and

   c. "Notice of Amendment to KPMG LLP's German Tax Consulting Engagement Letter," dated August 25, 2025 [Docket No. 244], (the "KPMG Notice"),

   by causing true and correct copies of the:

   i. Macom Sale Motion and Hugo Declaration to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

---

[1] The Debtors in these cases, together with the last four digits of each Debtor's taxpayer identification number, are: Wolfspeed, Inc. (2719) and Wolfspeed Texas LLC (0339). The Debtors' mailing address is 4600 Silicon Drive, Durham, NC 27703.

    ii.    Macom Sale Motion and Hugo Declaration to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>, and

    iii.    KPMG Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

<u>*/s/ Arnold Nguyen*</u>
Arnold Nguyen

**EXHIBIT A**

| Name | Address |
|---|---|
| ANA TRADING CORP USA | ATTN: MARK NISHIMURA 3625 DEL AMO BLVD SUITE 300 M/S 20   TORRANCE CA 90503-1693 |
| ANA TRADING CORP USA | ATTN: MARK NISHIMURA 3625 DEL AMO BLVD SUITE 300 M/S 20   TORRANCE CA 90503-1693 |
| COMMONWEALTH OF PUERTO RICO ATTY GENERAL | ATTN: DOMINGO EMANUELLI HERNANDEZ P.O. BOX 9020192   SAN JUAN  00902-0192 PUERTO RICO |
| COMMONWEALTH OF PUERTO RICO ATTY GENERAL | ATTN: DOMINGO EMANUELLI HERNANDEZ P.O. BOX 9020192   SAN JUAN  00902-0192 PUERTO RICO |
| MCKINSEY & COMPANY | ATTN: WADE TOLLER 3 WORLD TRADE CENTER 175 GREENWICH STREET   NEW YORK NY 10007-2439 |
| MCKINSEY & COMPANY | ATTN: WADE TOLLER 3 WORLD TRADE CENTER 175 GREENWICH STREET   NEW YORK NY 10007-2439 |
| NORTHERN MARIANA ISLANDS ATTORNEY GENERAL | ATTN: EDWARD MANIBUSAN CALLER BOX 10007   SAIPAN, MP  96950-8907 NORTHERN MARIANA ISLANDS |
| NORTHERN MARIANA ISLANDS ATTORNEY GENERAL | ATTN: EDWARD MANIBUSAN CALLER BOX 10007   SAIPAN, MP  96950-8907 NORTHERN MARIANA ISLANDS |
| OFFICE OF THE ATTORNEY GENERAL OF GUAM | ATTN: LEEVIN TAITANO CAMACHO ADMINISTRATION DIVISION 590 S MARINE CORPS DR, STE 901  TAMUNING GU 96913 |
| OFFICE OF THE ATTORNEY GENERAL OF GUAM | ATTN: LEEVIN TAITANO CAMACHO ADMINISTRATION DIVISION 590 S MARINE CORPS DR, STE 901  TAMUNING GU 96913 |
| ORACLE AMERICA, INC. | ATTN: PEGGY BRUGGMAN & ALICE MILLER 500 ORACLE PARKWAY   REDWOOD CITY CA 94065 |
| ORACLE AMERICA, INC. | ATTN: PEGGY BRUGGMAN & ALICE MILLER 500 ORACLE PARKWAY   REDWOOD CITY CA 94065 |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | ATTN: FAINU'ULELEI FALEFATU ALA'ILIMA-UTU AMERICAN SAMOA GOVT, EXEC OFC BLDG UTULEI, TERRITORY OF AMERICAN SAMOA  PAGO PAGO, AS  96799 AMERICAN SAMOA |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | ATTN: FAINU'ULELEI FALEFATU ALA'ILIMA-UTU AMERICAN SAMOA GOVT, EXEC OFC BLDG UTULEI, TERRITORY OF AMERICAN SAMOA  PAGO PAGO, AS  96799 AMERICAN SAMOA |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: ASHLEY MOODY PL 01 THE CAPITOL   TALLAHASSEE FL 32399-1050 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: ASHLEY MOODY PL 01 THE CAPITOL   TALLAHASSEE FL 32399-1050 |
| STATE OF IDAHO ATTORNEY GENERAL | ATTN: RAUL R. LABRADOR 700 W JEFFERSON ST, STE 210 P.O. BOX 83720   BOISE ID 83720-0010 |
| STATE OF IDAHO ATTORNEY GENERAL | ATTN: RAUL R. LABRADOR 700 W JEFFERSON ST, STE 210 P.O. BOX 83720   BOISE ID 83720-0010 |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: ANDREA JOY CAMPBELL 1 ASHBURTON PLACE, 20TH FL   BOSTON MA 02108-1518 |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: ANDREA JOY CAMPBELL 1 ASHBURTON PLACE, 20TH FL   BOSTON MA 02108-1518 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: KEITH ELLISON 445 MINNESOTA ST STE 1400   ST. PAUL MN 55101-2131 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: KEITH ELLISON 445 MINNESOTA ST STE 1400   ST. PAUL MN 55101-2131 |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: LYNN FITCH P.O. BOX 220   JACKSON MS 39205 |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: LYNN FITCH P.O. BOX 220   JACKSON MS 39205 |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST - P.O. BOX 080  TRENTON NJ 08625-0080 |

| Name | Address |
|---|---|
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST - P.O. BOX 080  TRENTON NJ 08625-0080 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: RAUL TORREZ 408 GALISTEO ST VILLAGRA BLDG  SANTA FE NM 87501 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: RAUL TORREZ 408 GALISTEO ST VILLAGRA BLDG  SANTA FE NM 87501 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN P.O. BOX 629   RALEIGH NC 27602-0629 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN 9001 MAIL SERVICE CTR   RALEIGH NC 27699-9001 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN P.O. BOX 629   RALEIGH NC 27602-0629 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN 9001 MAIL SERVICE CTR   RALEIGH NC 27699-9001 |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: MICHELLE HENRY STRAWBERRY SQ   HARRISBURG PA 17120 |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: MICHELLE HENRY STRAWBERRY SQ   HARRISBURG PA 17120 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST   AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON P.O. BOX 12548   AUSTIN TX 78711-2548 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST   AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON P.O. BOX 12548   AUSTIN TX 78711-2548 |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: JASON MIYARES 202 N NINTH ST   RICHMOND VA 23219 |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: JASON MIYARES 202 N NINTH ST   RICHMOND VA 23219 |

Total Count: 40

| Name | Address |
|---|---|
| EPLUS INC | 13595 DULLES TECHNOLOGY DR   HERNDON VA 20171 |
| GF MACHINING SOLUTIONS LLC | 560 BOND STREET   LINCOLNSHIRE IL 60069 |
| JR AUTOMATION TECHNOLOGIES, LLC | 4190 SUNNYSIDE DR.   HOLLAND MI 49424 |
| MATERION ADVANCE MATERIALS TECHNOLOGIES | AND SERVICES INC ATTN: RICH OLIVERI 2978 MAIN STREET   BUFFALO NY 14214-1004 |
| NAME ON FILE | ADDRESS ON FILE |
| NAME ON FILE | ADDRESS ON FILE |
| U.S. BANK TRUST COMPANY, N.A., AS COLLATERAL AGENT | 214 N. TRYON ST 27TH FLOOR MAIL CODE: CN-NC-H27A   CHARLOTTE NC 28202 |

Total Count: 7

Wolfspeed, Inc.
Address Service List

| Name | Address |
|---|---|
| WELLS FARGO SECS, LLC (0250) | ATT SCOTT NELLIS OR PROXY MGR CORP ACTIONS - MAC D109-010 1525 WEST WT HARRIS BLVD, 1B1  CHARLOTTE NC 28262 |

# Total Count: 1

**EXHIBIT B**

WOLFSPEED, INC., *et al.,*  Case No. 25-90163 (CML)

Electronic Mail Master Service List

| Name | Email Address |
|---|---|
| AIXTRON INC. | d.dougherty@aixtron.com |
| ALSTON & BIRD LLP | jared.slade @alston.com |
| ASM AMERICA, INC | ankush.kumar@asm.com |
| AXCELIS TECHNOLOGY, INC. | chris.tatnall@axcelis.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; vesperm@ballardspahr.com; hubenb@ballardspahr.com; branchd@ballardspahr.com; zarnighiann@ballardspahr.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF | kcapuzzi@beneschlaw.com; swalsh@beneschlaw.com; esmith@beneschlaw.com; plombardi@beneschlaw.com |
| BOND, SCHOENECK & KING, PLLC | arivera@bsk.com |
| BUCHALTER, A PROFESSIONAL CORPORATION | schristianson@buchalter.com |
| CAMTEK HK LTD | guys@camtek.com |
| CANON USA, INC. | dsheehan@cusa.canon.com |
| CARRINGTON COLEMAN SLOMAN & BLUMENTHAL, L.L.P | jkatz@ccsb.com |
| COKINOS | YOUNG | tgibbs@cokinoslaw.com; cpower@cokinoslaw.com |
| D.H. GRIFFIN INFRASTRUCTURE LLC | kpetrini@dhgriffin.com |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | oag@dc.gov |
| DORSEY & WHITNEY LLP | vanderwoude.brian@dorsey.com; clark.monica@dorsey.com; smith.steve@dorsey.com |
| DYNAMIC SYSTEMS, INC. | brandall@dsi.us |
| FABSOUTH LLC | mrussell@scsteel.com |
| FENNEMORE CRAIG, P.C. | aaustin@fennemorelaw.com |
| FISHMAN JACKSON PLLC | mralston@fishmanjackson.com |
| GRAY REED | jbrookner@grayreed.com; lwebb@grayreed.com |
| HAYNES AND BOONE, LLP | charles.beckham@haynesboone.com; david.trausch@haynesboone.com; renecia.sherald@haynesboone.com |
| INFOSYS LIMITED | venkat_srinivasan@infosys.com |
| INTERNAL REVENUE SERVICE | jessica.a.aichhorn@irs.gov |
| JR AUTOMATION TECHNOLOGIES LLC | shawnsmith@jrautomation.com |
| KIRKLAND & ELLIS LLP | yusuf.salloum@kirkland.com; claire.stephens@kirkland.com; steven.serajeddini@kirkland.com; ciara.foster@kirkland.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | dallas.bankruptcy@lgbs.com |

WOLFSPEED, INC., *et al.,*  Case No. 25-90163 (CML)
Electronic Mail Master Service List

| Name | Email Address |
|---|---|
| LOWENSTEIN SANDLER LLP | metkin@lowenstein.com; scargill@lowenstein.com; jrauchberg@lowenstein.com |
| MASLON LLP | clark.whitmore@maslon.com michael.rosow@maslon.com jason.reed@maslon.com |
| MATERION ADVANCE MATERIALS TECHNOLOGIES | richard.oliveri@materion.com |
| MCGUIRE, KILMER & ROMAN PLLC | kilmer@mkrlawfirm.com |
| MERSEN USA BN CORPORATION | matthieu.elriz@mersen.com |
| MESSER LLC | richard.lingg@messer-us.com |
| MICROSOFT CORPORATION | scott.douglass@microsoft.com |
| MILARA INC | raycho.spilkov@milarasmt.com |
| MILES & STOCKBRIDGE P.C. | achappell@milesstockbridge.com |
| OFFICE OF THE UNITED STATES TRUSTEE | jayson.b.ruff@usdoj.gov; andrew.jimenez@usdoj.gov |
| PAUL HASTINGS LLP | mattwarren@paulhastings.com; zachcochran@paulhastings.com; ryanbrewer@paulhastings.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | kziman@paulweiss.com; bjanson@paulweiss.com; kkimpler@paulweiss.com; slascano@paulweiss.com; tzelinger@paulweiss.com |
| PRYOR CASHMAN LLP | slieberman@pryorcashman.com; psibley@pryorcashman.com; arichmond@pryorcashman.com; jstarr@pryorcashman.com |
| PORTER HEDGES LLP | jhiggins@porterhedges.com; sjohnson@porterhedges.com; myoung-john@porterhedges.com; jkeefe@porterhedges.com |
| RENESAS ELECTRONICS CORPORATION | satoshi.noguchi.uw@renesas.com |
| ROCHELLE MCCULLOUGH, LLP | mchevallier@romclaw.com; bryan.rochelle@romclaw.com |
| ROPES & GRAY LLP | ryan.dahl@ropesgray.com; matthew.roose@ropesgray.com; sam.badawi@ropesgray.com; christine.joh@ropesgray.com |
| ROVISYS BUILDING TECHNOLOGIES LLC | jose.proano@rovisysbt.com |
| SECURITIES AND EXCHANGE COMMISSION | baddleyd@sec.gov |
| SGL CARBON CORPORATION | peter.zimmer@sglcarbon.com |
| SOUTHERN DISTRICT OF TEXAS | usatxs.atty@usdoj.gov |
| STARR ELECTRIC COMPANY, INC | areid@starrelectric.net |
| STATE OF ALABAMA ATTORNEY GENERAL | consumerinterest@alabamaag.gov |
| STATE OF ALASKA ATTORNEY GENERAL | attorney.general@alaska.gov |

WOLFSPEED, INC., *et al.,*  Case No. 25-90163 (CML)
Electronic Mail Master Service List

| Name | Email Address |
| --- | --- |
| STATE OF ARIZONA ATTORNEY GENERAL | aginfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | oag@arkansasag.gov |
| STATE OF CALIFORNIA ATTORNEY GENERAL | xavier.becerra@doj.ca.gov; piu@doj.ca.gov; attorneygeneral@doj.ca.gov |
| STATE OF COLORADO ATTORNEY GENERAL | attorney.general@coag.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | attorney.general@delaware.gov |
| STATE OF GEORGIA ATTORNEY GENERAL | agcarr@law.ga.gov |
| STATE OF HAWAII ATTORNEY GENERAL | hawaiiag@hawaii.gov |
| STATE OF ILLINOIS ATTORNEY GENERAL | info@lisamadigan.org |
| STATE OF INDIANA ATTORNEY GENERAL | info@atg.in.gov |
| STATE OF IOWA ATTORNEY GENERAL | webteam@ag.iowa.gov |
| STATE OF KANSAS ATTORNEY GENERAL | general@ag.ks.gov |
| STATE OF KENTUCKY ATTORNEY GENERAL | kyoagor@ky.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | constituentservices@ag.louisiana.gov |
| STATE OF MAINE ATTORNEY GENERAL | attorney.general@maine.gov |
| STATE OF MARYLAND ATTORNEY GENERAL | oag@oag.state.md.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | miag@michigan.gov |
| STATE OF MISSOURI ATTORNEY GENERAL | attorney.general@ago.mo.gov |
| STATE OF MONTANA ATTORNEY GENERAL | contactdoj@mt.gov |
| STATE OF NEBRASKA ATTORNEY GENERAL | nedoj@nebraska.gov |
| STATE OF NEVADA ATTORNEY GENERAL | aginfo@ag.nv.gov |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | attorneygeneral@doj.nh.gov |
| STATE OF NEW YORK ATTORNEY GENERAL | nyag.pressoffice@ag.ny.gov |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ndag@nd.gov |
| STATE OF OHIO ATTORNEY GENERAL | trish.lazich@ohioattorneygeneral.gov |
| STATE OF OKLAHOMA ATTORNEY GENERAL | oagwcfu@oag.ok.gov |
| STATE OF OREGON ATTORNEY GENERAL | attorneygeneral@doj.state.or.us |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ag@riag.ri.gov |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | odcmail@sccourts.org |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | consumerhelp@state.sd.us |
| STATE OF TENNESSEE ATTORNEY GENERAL | tnattygen@ag.tn.gov |
| STATE OF UTAH ATTORNEY GENERAL | bankruptcy@agutah.gov |
| STATE OF VERMONT ATTORNEY GENERAL | ago.info@vermont.gov |
| STATE OF WASHINGTON ATTORNEY GENERAL | serviceatg@atg.wa.gov |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | communications@wvago.gov |
| STATE OF WISCONSIN ATTORNEY GENERAL | dojbankruptcynoticegroup@doj.state.wi.us |
| STATE OF WYOMING ATTORNEY GENERAL | ag.consumer@wyo.gov |
| SUSMAN GODFREY, LLP | jlahad@susmangodfrey.com |
| SUSS MICRO TEC INC | gary.choquette@suss.com |
| THE SHORM FIRM | mshore@shorefirm.com |
| THE TRUSTEES OF PURDUE UNIVERSITY | mshore@shorefirm.com |
| THE WHITING-TURNER CONTRACTING CO. | sean.noonan@whiting-turner.com |
| TOKYO ELECTRON | douglas.vreeland@us.tel.com |
| U.S VIRGIN ISLANDS ATTORNEY GENERAL | info@usvidoj.com |
| US BANK NA , AS TRUSTEE | ryan.riggleman@usbank.com |

WOLFSPEED, INC., *et al.,*  Case No. 25-90163 (CML)
Electronic Mail Master Service List

| Name | Email Address |
|---|---|
| VINSON & ELKINS LLP | pheath@velaw.com; emedina@velaw.com |
| WASHINGTON MILLS ELECTRO MINERALS CORP | aharris@washingtonmills.com |
| YIELD ENGINEERING SYSTEMS, INC. | pmishra@yes.tech |

**EXHIBIT C**

WOLFSPEED, INC., *et al.,*  Case No. 25-90163 (CML)
Electronic Mail Additional Service Parties

| **Email Address** |
| --- |
| jayson.b.ruff@usdoj.gov |
| andrew.jimenez@usdoj.gov |