IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---------------------------------------------------------- x
::
In re: : Chapter 11
:
WOLFSPEED, INC, *et al.* : Case No. 25-90163(CML)
:
Debtors.[1] : (Jointly Administered)
:
---------------------------------------------------------- x

**SEMIKRON DANFOSS GMBH'S NOTICE OF CURE DISPUTE AND RESERVATION OF RIGHTS REGARDING JOINT PREPACKAGED CHAPTER 11 PLAN OF REORGANIZATION OF WOLFSPEED, INC. AND ITS DEBTOR AFFILIATE [DKT. NO. 8]**

Semikron Danfoss GmbH (with its affiliates and/or related entities, "SDA"), a creditor and contract counterparty in the above-captioned chapter 11 cases, submits this *Notice of Cure Dispute and Reservation of Rights Regarding Joint Prepackaged Chapter 11 Plan of Reorganization of Wolfspeed, Inc. and its Debtor Affiliate* (the "Reservation of Rights") in response to the proposed assumption of SDA's contracts (the "SDA Contracts"), to the extent such contracts constitute Executory Contracts,[2] pursuant to the *Joint Prepackaged Chapter 11 Plan of Reorganization of Wolfspeed, Inc. and its Debtor Affiliate* [Dkt. No. 8] (the "Plan") filed by debtors Wolfspeed, Inc. and Wolfspeed Texas LLC (the "Debtors").

Through the Plan, the Debtors seek authority to, *inter alia*, assume the SDA Contracts. SDA files this Reservation of Rights to provide notice that disputes exist between the Debtors and

---

[1] The Debtors in these cases, together with the last four digits of each Debtor's taxpayer identification number, are: Wolfspeed, Inc. (2719) and Wolfspeed Texas LLC (0339). The Debtors' mailing address is 4600 Silicon Drive, Durham, NC 27703

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

SDA (the "SDA Dispute") regarding (i) the Cure Claim owed to SDA under any of the SDA Contracts, and (ii) any other amounts owed by the Debtors to SDA ((i) and (ii) collectively, the "SDA Claim").  Accordingly, all SDA Contracts are the subject of a pending Cure Dispute, within the meaning of Section 8.1(a)(v) of the Plan, and the SDA Claim otherwise constitutes a Disputed Claim pursuant to Section 7.1 of the Plan.

SDA has engaged in discussions with the Debtors regarding the SDA Dispute and certain issues SDA raised with respect to confirmation of the Plan as it relates to SDA, and the parties have agreed to language in the Confirmation Order to preserve the parties' respective rights and defenses with respect to the SDA Dispute.  In an abundance of caution, SDA hereby reserves all rights and remedies with respect to the SDA Claim and the assumption, assumption and assignment, and/or rejection of the SDA Contracts, including, without limitation, the amount of the Cure Claim and adequate assurance of future performance, and any general or administrative claim(s) SDA may be entitled to assert related to the SDA Contracts and the Debtors' performance or nonperformance thereunder.

DATED: September 3, 2025
Los Angeles, CA

Respectfully submitted,

*/s/ Joseph R. Dunn*_____
**COVINGTON & BURLING LLP**
Joseph R. Dunn (CA State Bar No. 238069)
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067
Telephone: (424) 332-4800
Email: jdunn@cov.com

*Attorneys for Semikron Danfoss GmbH and its Affiliates*

**CERTIFICATE OF SERVICE**

I, Maria Gelabert, hereby certify that on September 3, 2025, I caused a true and correct copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notice in this case.

/s/ Maria Gelabert
Maria Gelabert