IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| WOLFSPEED, INC., *et al.*, | : | Case No. 25-90163 (CML) |
| Debtors.[1] | : | (Jointly Administered) |

---

**AGENDA OF DEBTORS FOR MATTERS
SET FOR HEARING ON SEPTEMBER 8, 2025**

The debtors in possession in the above-captioned cases (collectively, the "***Debtors***") file this Agenda of matters set for hearing on **September 8, 2025, at 1:00 p.m. (prevailing Central Time)**.

**A. Matters Set for Hearing**

1. ***Backstop Motion***. Motion of Debtors for Order (A) Authorizing the Debtors' Entry into the Backstop Agreement and Performance of Related Obligations; and (B) Granting Related Relief [Docket No. 206]

   **Status:** This matter is going forward.

   **Objection Deadline:** September 5, 2025, at 11:59 p.m. (prevailing Central Time).

   **Objections:** As of the filing of this Agenda, the Debtors are unaware of any objections.

   **Related Documents:** See below.

---

[1] The Debtors in these cases, together with the last four digits of each Debtor's taxpayer identification number, are: Wolfspeed, Inc. (2719) and Wolfspeed Texas LLC (0339). The Debtors' mailing address is 4600 Silicon Drive, Durham, NC 27703.

2. ***Private Sale Motion***. Debtors' Emergency Motion for an Order (I) Authorizing the Private Sale of MACOM Shares Free and Clear of Liens, Claims, Encumbrances, and Other Interests and (II) Granting Related Relief [Docket No. 242]

    **Status:** This matter is going forward.

    **Objection Deadline:** September 8, 2025, at 1:00 p.m. (prevailing Central Time).

    **Objections:** As of the filing of this Agenda, the Debtors are unaware of any objections.

    **Related Documents:** See below.

3. ***Disclosure Statement.*** Disclosure Statement for Joint Prepackaged Chapter 11 Plan of Reorganization of Wolfspeed, Inc. and Its Debtor Affiliate [Docket No. 7]

    **Status:** This matter is going forward.

    **Objection Deadline:** August 22, 2025, at 5:00 p.m. (prevailing Central Time).

    **Objections:** None.

    **Related Documents:** See below.

4. ***Plan.*** Joint Prepackaged Chapter 11 Plan of Reorganization of Wolfspeed, Inc. and Its Debtor Affiliate [Docket No. 8]

    **Status:** This matter is going forward on a contested basis.

    **Objection Deadline:** August 22, 2025, at 5:00 p.m. (prevailing Central Time).

    **Objections:**

        a. ***UST Objection.*** United States Trustee's Objection to Joint Prepackaged Chapter 11 Plan of Reorganization for Wolfspeed, Inc. and Its Affiliated Debtor [Docket No. 233]

        b. ***Oracle Cure Objection and Reservation of Rights.*** Oracle America, Inc.'s Cure Objection and Reservation of Rights Regarding Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization of Wolfspeed, Inc. and Its Debtor Affiliate [Dkt No. 8] ("Rights Reservation") [Docket No. 235]

        c. ***Semikron Danfoss Notice of Cure Dispute and Reservation of Rights***. Semikron Danfoss GmbH's Notice of Cure Dispute and Reservation of Rights

              Regarding Joint Prepackaged Chapter 11 Plan of Reorganization of Wolfspeed, Inc. and Its Debtor Affiliate [Docket No. 260]

  **Related Documents:** See below.

**B. Related Documents**

1. ***First Day Declaration***.  Declaration of Daniel Hugo in Support of Debtors' Chapter 11 Petitions and First Day Relief [Docket No. 5]

2. ***Prepetition Solicitation Affidavit***.  Certificate of Service [Docket No. 32]

3. ***Solicitation Procedures Order.***  Order (I) Scheduling Combined Hearing on (A) Adequacy of Disclosure Statement, (B) Confirmation of Plan, and (C) Approval of Backstop Agreement; (II) Approving (A) Solicitation Procedures and (B) Form and Manner of Notice of Commencement, Combined Hearing, and Objection Deadline; (III) Fixing Deadline to Object to Disclosure Statement and Plan; (IV) Conditionally (A) Directing the United States Trustee Not to Convene Section 341 Meeting of Creditors and (B) Waiving Requirement to File Statements of Financial Affairs and Schedules of Assets and Liabilities, (V) Conditionally Approving the Disclosure Statement; and (VI) Granting Related Relief [Docket No. 60]

4. ***Rights Offering Order.***  Order (I) Approving Rights Offering Procedures and Related Forms, (II) Authorizing Debtors to Conduct Rights Offering in Connection with Debtors' Plan of Reorganization, and (III) Granting Related Relief [Docket No. 63]

5. ***Postpetition Solicitation Affidavits.***  Certificate of Service [Docket No. 92] and Certificate of Service [Docket No. 105]

6. ***Securities Plaintiffs Opt-Out Stipulation***.  Stipulation and Agreed Order Regarding Lead Plaintiffs Opt-Out of Third-Party Release on Behalf of Putative Class in Securities Litigation [Docket No. 165]

7. ***First Plan Supplement.***  Notice of Filing of Plan Supplement for the Joint Prepackaged Chapter 11 Plan of Reorganization of Wolfspeed, Inc. and Its Debtor Affiliate [Docket No. 168]

8. ***Securities Plaintiffs Opt-Out Stipulation Affidavit***.  Certificate of Service of Arnold Nguyen on behalf of Epiq Corporate Restructuring, LLC on August 13, 2025 for Stipulation Regarding Lead Plaintiffs' Opt-Out on Behalf of Putative Securities Litigation Class [Docket No. 169]

9. ***Final Rights Offering Procedures***.  Notice of Filing of Final Rights Offering Procedures [Docket No. 171]

10. ***Backstop Declaration***.  Declaration of Alexander Tracy in Support of Motion of Debtors for Order (A) Authorizing the Debtors' Entry into Backstop Agreement and Performance of Related Obligations; and (B) Granting Related Relief [Docket No. 207]

11. ***Initial Plan Supplement Affidavit.***  Certificate of Service [Docket No. 210]

12. ***Second Plan Supplement.***  Notice of Filing of Second Plan Supplement for the Joint Prepackaged Chapter 11 Plan of Reorganization of Wolfspeed, Inc. and Its Debtor Affiliate [Docket No. 213]

13. ***Rights Offering Procedures Affidavit.***  Certificate of Service [Docket No. 223]

14. ***Third Plan Supplement.***  Notice of Filing of Third Plan Supplement for the Joint Prepackaged Chapter 11 Plan of Reorganization of Wolfspeed, Inc. and Its Debtor Affiliate [Docket No. 236]

15. ***Final Rights Offering Procedures Affidavit.***  Certificate of Service [Docket No. 237]

16. ***Backstop Motion, Backstop Declaration, and Confirmation Order Affidavit.***  Certificate of Service [Docket No. 238]

17. ***Second Plan Supplement Affidavit.***  Certificate of Service [Docket No. 240]

18. ***Private Sale Declaration***.  Declaration of Daniel Hugo in Support of Debtors' Emergency Motion for an Order (I) Authorizing the Private Sale of MACOM Shares Free and Clear of Liens, Claims, Encumbrances, and Other Interests and (II) Granting Related Relief [Docket No. 243]

19. ***Private Sale Motion and Private Sale Declaration Affidavit***.  Certificate of Service [Docket No. 249]

20. ***Publication Affidavit***.  Affidavit [Docket No. 253]

21. ***Fourth Plan Supplement***.  Notice of Filing of Fourth Plan Supplement for the Joint Prepackaged Chapter 11 Plan of Reorganization of Wolfspeed, Inc. and Its Debtor Affiliate [Docket No. 267]

22. ***Fifth Plan Supplement***.  Notice of Filing of Fifth Plan Supplement for the Joint Prepackaged Chapter 11 Plan of Reorganization of Wolfspeed, Inc. and Its Debtor Affiliate [Docket No. 268]

23. ***Confirmation Declaration***.  Declaration of Daniel Hugo in Support of (I) Approval of Disclosure Statement and (II) Confirmation of Joint Prepackaged Chapter 11 Plan of Wolfspeed, Inc. and Its Debtor Affiliate [Docket No. 269]

24. ***Valuation Declaration.***  Declaration of Alexander Tracy in Support of Confirmation of Joint Prepackaged Chapter 11 Plan of Wolfspeed, Inc. and Its Debtor Affiliate [Docket No. 270]

25. ***Special Committee Report Declaration.*** Declaration of Mark E. Jensen in Support of Confirmation of Joint Prepackaged Chapter 11 Plan of Wolfspeed, Inc. and its Debtor Affiliate [Docket No. 271]

26. ***Voting Declaration***. Declaration of Emily Young, on Behalf of Epiq Corporate Restructuring, LLC, Regarding Solicitation and Tabulation of Ballots Cast in Connection with the Joint Prepackaged Chapter 11 Plan of Reorganization of Wolfspeed, Inc. and Its Debtor Affiliate [Docket No. 272]

27. ***Revised Proposed Confirmation Order***. Order (I) Approving Disclosure Statement, (II) Confirming Joint Prepackaged Chapter 11 Plan of Reorganization of Wolfspeed, Inc. and Its Debtor Affiliate, and (III) Approving Entry into the Backstop Agreement [Docket No. 273]

28. ***Confirmation Brief.*** Debtors' Memorandum of Law in Support of (I) Approval of the Disclosure Statement and (II) Confirmation of Joint Prepackaged Chapter 11 Plan of Reorganization of Wolfspeed, Inc. and its Debtor Affiliate [Docket No. 274]

29. ***Debtors' Amended Witness and Exhibit List*** [Docket No. 275]

[*Remainder of this page intentionally left blank.*]

Dated: September 5, 2025
       Houston, Texas

Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*
**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Ashley L. Harper (Texas Bar No. 24065272)
Philip M. Guffy (Texas Bar No. 24113705)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Email: taddavidson@hunton.com
       ashleyharper@hunton.com
       pguffy@hunton.com

- and -

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Alexander W. Welch (NY Bar No. 5624861)
Keith A. Simon (NY Bar No. 4636007)
Eric L. Einhorn (NY Bar No. 5568845)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: ray.schrock@lw.com
       alex.welch@lw.com
       keith.simon@lw.com
       eric.einhorn@lw.com

*Attorneys for the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I certify that on September 5, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II