**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| WOLFSPEED, INC., *et al.*, | Case No. 25-90163 (CML) |
| Debtors.<sup>1</sup> | (Jointly Administered) |
| | **Ref. Docket No. 297** |

**CERTIFICATE OF SERVICE**

I, ARNOLD NGUYEN, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 15, 2025, I caused to be served the "Notice of Additional Engagement Letter Between KPMG LLP and Debtors," dated September 15, 2025 [Docket No. 297], by causing true and correct copies to be delivered via electronic mail to: *jayson.b.ruff@usdoj.gov* and *andrew.jimenez@usdoj.gov*.

*/s/ Arnold Nguyen*
Arnold Nguyen

---

[1] The Debtors in these cases, together with the last four digits of each Debtor's taxpayer identification number, are: Wolfspeed, Inc. (2719) and Wolfspeed Texas LLC (0339). The Debtors' mailing address is 4600 Silicon Drive, Durham, NC 27703.