**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

---

------------------------------------------------------------ x
                                                             :
In re:                                                       :    Chapter 11
                                                             :
WOLFSPEED, INC., *et al.*,                                   :    Case No. 25-90163 (CML)
                                                             :
                    Reorganized Debtors.[1]                  :    (Jointly Administered)
                                                             :
------------------------------------------------------------ x

**NOTICE OF (I) ENTRY OF CONFIRMATION ORDER**
**AND (II) OCCURRENCE OF EFFECTIVE DATE**

**PLEASE READ THIS NOTICE CAREFULLY AS IT CONTAINS INFORMATION THAT MAY AFFECT YOUR RIGHTS TO RECEIVE DISTRIBUTIONS UNDER THE PLAN:**

On September 8, 2025, the United States Bankruptcy Court for the Southern District of Texas (the "***Court***") entered the *Order (I) Approving Disclosure Statement, (II) Confirming Joint Prepackaged Chapter 11 Plan of Reorganization of Wolfspeed, Inc. and Its Debtor Affiliate, and (III) Approving Entry into the Backstop Agreement* [Docket No. 285] (the "***Confirmation Order***").[2]

Each of the conditions precedent to the occurrence of the Effective Date (defined below), as set forth in Article IX of the Plan, has been satisfied or waived in accordance therewith, and the Plan became effective and was substantially consummated on **September 29, 2025** (the "***Effective Date***").

The Plan and its provisions are binding upon and inure to the benefit of (i) the Reorganized Debtors, (ii) all Holders of Claims and Interests, (iii) other parties-in-interest, and (iv) their respective heirs, executors, administrators, successors, and assigns.

All final requests for payment of Professional Fee Claims, including Professional Fee Claims incurred during the period from the Petition Date through the Effective Date, must be filed

---

[1]  The Reorganized Debtors in these cases, together with the last four digits of each Reorganized Debtor's taxpayer identification number, are:  Wolfspeed, Inc. (2719) and Wolfspeed Texas LLC (0339).  The Reorganized Debtors' mailing address is 4600 Silicon Drive, Durham, NC 27703.

[2]  Capitalized terms used but not otherwise defined herein have the meanings given to them in the Confirmation Order or the *Joint Prepackaged Chapter 11 Plan of Reorganization of Wolfspeed, Inc. and Its Debtor Affiliate* [Docket No. 8] (as may be modified, amended, or supplemented and including all exhibits, schedules, or supplements thereto, the "***Plan***"), as applicable.  The rules of interpretation set forth in Article I.B of the Plan shall apply hereto.  For the avoidance of doubt, unless otherwise specified, all references herein to "Articles" refer to articles of the Plan.

with the Court and served on the Reorganized Debtors no later than **November 13, 2025**, which is the date that is forty-five (45) days after the Effective Date.

Pursuant to <u>Article XII.17</u> of the Plan, any Entity that desires to receive notices or other documents after the Effective Date must, pursuant to Bankruptcy Rule 2002, file a renewed request to receive such notices and documents with the Court to be added to the post-Effective Date service list. Entities not on such post-Effective Date service list may not receive notices or other documents filed in the Chapter 11 Cases after the Effective Date. An Entity who provides an email address may be served only by email after the Effective Date.

The Plan (including the Plan Supplement Documents), the Confirmation Order, and all other documents publicly filed in the Chapter 11 Cases, as well as additional information about the Chapter 11 Cases, can be accessed free of charge by visiting the Reorganized Debtors' restructuring website located at https://dm.epiq11.com/Wolfspeed. If you have any questions about this notice or any documents or materials that you received, please contact Epiq Corporate Restructuring LLC (the "*Solicitation Agent*"), by visiting the Reorganized Debtors' restructuring website at https://dm.epiq11.com/Wolfspeed. The Solicitation Agent cannot and will not provide legal advice.

Dated: September 29, 2025
      Houston, Texas

BY ORDER OF THE COURT

**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Ashley L. Harper (Texas Bar No. 24065272)
Philip M. Guffy (Texas Bar No. 24113705)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone:  713-220-4200
Facsimile:   713-220-4285
Email:  taddavidson@hunton.com
      ashleyharper@hunton.com
      pguffy@hunton.com

- and -

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Alexander W. Welch (NY Bar No. 5624861)
Keith A. Simon (NY Bar No. 4636007)
Eric L. Einhorn (NY Bar No. 5568845)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email:  ray.schrock@lw.com
      alex.welch@lw.com
      keith.simon@lw.com
      eric.einhorn@lw.com

*Attorneys for the Reorganized Debtors*