UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WOLFSPEED, INC., *et al.*, | Case No. 25-90163 (CML) |
| Debtors. [1] | (Jointly Administered) |
| | **Ref. Docket No. 306** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, WING LAI-CHAN, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 2, 2025, I caused to be served the "Notice of (I) Entry of Confirmation Order and (II) Occurrence of Effective Date," dated September 29, 2025 [Docket No. 306], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

*/s/ Wing Lai-Chan*
Wing Lai-Chan

---

[1] The Reorganized Debtors in these cases, together with the last four digits of each Reorganized Debtor's taxpayer identification number, are: Wolfspeed, Inc. (2719) and Wolfspeed Texas LLC (0339). The Reorganized Debtors' mailing address is 4600 Silicon Drive, Durham, NC 27703.

**EXHIBIT A**

WOLFSPEED, INC., *et al.,*
Case No. 25-90163 (CML)
Electronic Mail Additional Parties Service List

| Name | Email Address |
| --- | --- |
| Katten Muchin Law Firm | rebecca.lindahl@katten.com; asena.baran@katten.com; michaela.holcombe@katten.com |
| Kilpatrick Townsend & Stockton LLP | jalemanni@ktslaw.com; mferrario@ktslaw.com; asaul@kilpatricktownsend.com |
| PATRICK M. FISHMAN, KITCH ATTORNEYS & COUNSELORS | patrick.fishman@kitch.com |
| Quarles & Brady LLP | aaron.buckley@quarles.com; nora.steinhagen@quarles.com |
| Wilmer Cutler Pickering Hale and Dorr LLP | michael.bongiorno@wilmerhale.com; tamar.kaplan-marans@wilmerhale.com; nicole.prunetti@wilmerhale.com |